# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 17, 2019

Before

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

PAMELA PEPPER, *District Judge*[*]

| | |
|---|---|
| No. 15-2444 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| PAUL REGAINS, *Plaintiff-Appellant,* | |
| *v.* | No. 14 C 9687 |
| CITY OF CHICAGO, *Defendant-Appellee.* | James B. Zagel, *Judge.* |

**Order**

The opinion of this court issued March 13, 2019, is amended as follows:

Page 2, carryover paragraph, eighth line, "failing to a report a" is replaced by "failing to report a"

Page 5, carryover paragraph, fifth line, "in custody until his December 3, 2012 trial—" is replaced by "in custody until his December 3, 2013 trial—"

---

[*] Of the Eastern District of Wisconsin, sitting by designation.

Page 7, second full paragraph, second and third lines, "He was arraigned and detained by lawful process on September 4, 2012;" is replaced by "He was arraigned and detained by lawful process on September 3, 2012, or earlier;"

Page 7, second full paragraph, eighth line, "on December 3, 2012—the date he was acquitted." is replaced by "on December 3, 2013—the date he was acquitted."

Page 7, second full paragraph, tenth line, "claims properly fell" is replaced by "claim properly fell"

Page 8, carryover paragraph, tenth and eleventh lines, "December 3, 2012," is replaced by "December 3, 2013,"

Page 12, first full paragraph, third line, "or marshal proof the proof at summary judgment" is replaced by "or marshal proof at summary judgment"

Page 12, first full paragraph, tenth line, "To state a *Monell* claim," is replaced by "To prove a *Monell* claim,".

Plaintiff-appellant filed a petition for rehearing on March 27, 2019. All of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.